UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Ryan K. Sullivan,

                Defendant.

---

7:19-MJ-10162(MRG)

**JUDGMENT**

The issues in the above entitled action were brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, on October 30, 2019. The Court thereafter accepted the defendant's plea of guilty to Unlicensed Operation of a Vehicle, in violation of § 509.1 of the New York Vehicle and Traffic Law, in full satisfaction of the Misdemeanor Complaint filed on October 30, 2019, and it is,

ORDERED, ADJUDGED AND DECREED: that the Defendant, Ryan K. Sullivan, pay a fine in the amount of $75.00 to the White Plains Clerk's Office; to be paid by November 21, 2019 or appear on November 22, 2019 to explain why the fine has not been paid.

Dated: Sept 7, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge